[No. 31848-2-II.   Division Two.   August 23, 2005.]

DAVID H. REGAN, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-2-01937-8, Robert L. Harris, J., entered June 2, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Van Deren, JJ. Now published at 130 Wn. App. 39.

[No. 31852-1-II.   Division Two.   August 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. PERRY LEE LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-00887-8, Stephen M. Warning, J., entered June 2, 2004. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.

[No. 32282-0-II.   Division Two.   August 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENDA LEE KEEN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 04-1-00393-2, H. John Hall, J., entered August 31, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Armstrong, JJ.

[No. 32409-1-II.   Division Two.   August 23, 2005.]

STEVE W. WILEY, *as Personal Representative, Guardian, and Individually*, ET AL., *Respondents*, v. KING COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-06805-1, Bruce W. Cohoe, J., entered October 15, 2004. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Armstrong, JJ.